**Electronically Filed
Supreme Court
SCWC-23-0000743
29-APR-2026
07:50 AM
Dkt. 11 OGAC**

SCWC-23-0000743

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

SILBER M. JERCY,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000743; CASE NO. 1CPC-22-0000352)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on March 16, 2026, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Lisa W. Cataldo